HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHANNON A. GRAMM,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:26-cv-02595-DJC-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until November 23, 2026, in which to e-file her Opening Brief which is due on October 23, 2026. Defendant's Brief shall be filed on or before December 23, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: October 13, 2026

/s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
SHANNON A. GRAMM

Dated: October 13, 2026

/s/ROSEANNE C. GILLETTE LAZZAROTTO
ROSEANNE C. GILLETTE LAZZAROTTO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 10/13/26]

IT IS SO ORDERED.

Dated: October 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755