HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com
/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHANNON A. GRAMM,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:26-cv-2595-DJC-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXCEED PAGE LIMIT FOR PLAINTIFF'S OPENING BRIEF. |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have leave to exceed the (25) twenty-five page limit set forth in the Court's Standing Order with respect to her Opening Brief due on November 23, 2026. In support of this request, Plaintiff respectfully states as follows:

1. Plaintiff seeks to file a brief containing 30 pages, which is warranted given the complexity of the legal issues and the size of the record (4,417 pages) involved in this action and the significance of the issues that are addressed.
2. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

3. Defendant has no objection and has stipulated to the requested relief.

Dated: November 12, 2026

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
SHANNON A. GRAMM

Dated: November 12, 2026

*/s/ROSEANNE C. GILLETTE LAZZAROTTO*
ROSEANNE C. GILLETTE LAZZAROTTO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 11/12/26]

IT IS SO ORDERED.

Dated: November 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755